1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JASON ALTHEIDE,

11            Plaintiff,                    No. CIV S-09-1785 EFB P

12        vs.

13   JON DEMORALES, et al.,

14            Defendants.           ORDER

15   _____/

16        Plaintiff is housed at Atascadero State Hospital, and is proceeding without counsel in an

17   action brought under 42 U.S.C. § 1983.  Plaintiff seeks damages and an order requiring that he

18   be released from custody.  Plaintiff's complaint is based on his allegation that he is being

19   illegally housed beyond his release date based upon his status as a mentally disordered offender.

20        A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a

21   judicial district where any defendant resides, if all defendants reside in the same State, (2) a

22   judicial district in which a substantial part of the events or omissions giving rise to the claim

23   occurred, or a substantial part of property that is the subject of the action is situated, or (3) a

24   judicial district in which any defendant may be found, if there is no district in which the action

25   may otherwise be brought."  28 U.S.C. § 1391(b).

26   ////

1

1        Here, defendant Morales is located in Atascadero, California and the claim arose in

2   Atascadero, California which is in the Central District of California. 28 U.S.C. § 84(c).  While

3   plaintiff also names Arnold Schwarzenegger, who is located in Sacramento, California, as a

4   defendant, plaintiff has not alleged any facts that could be construed to support a constitutional

5   claim against him.  Therefore, in the interest of justice, this action is transferred to the United

6   States District Court for the Central District of California.  *See* 28 U.S.C. § 1404(a); *Starnes v.*

7   *McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974).

8        So ordered.

9   DATED:  July 9, 2009.

10                       EDMUND F. BRENNAN
                            UNITED STATES MAGISTRATE JUDGE

2